FILED
June 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002691926

FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ.   (SBN: 155175)
ANN MARIE FRIEND, ESQ.    (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830

Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
Johnny & Maryam Varda

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

In re:                                ) Case No.: **09-92601**
                                      ) Chapter 13
                                      ) DC No. **FW:03**
    Johnny & Maryam Varda             )
                                      ) DATE:   **July 20, 2010**
                                      ) Time:   **10:00 a.m.**
                                      ) Place:  1200 I Street
            Debtors.                  )         Second Floor
_____           )         Modesto, CA

### MOTION TO SELL PERSONAL PROPERTY

Debtor(s) hereby request an order allowing them permission to sell personal property for the reasons set forth in the declaration of Debtors, filed concurrently herewith.

Dated:   6-8-10

                    FRIEND & WALTON
                    A PROFESSIONAL LAW CORPORATION

                    /s/ Ann Marie Friend Esq
                    ANN MARIE FRIEND, ESQ., Attorney for
                    debtor(s), Johnny & Maryam Varda