FILED
June 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002691931

```
FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ.   (SBN: 155175)
ANN MARIE FRIEND, ESQ.    (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
Johnny & Maryam Varda
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re:<br><br>　　Johnny & Maryam Varda,<br><br>　　　　　　　　　Debtors. | Case No.: **09-92601-A-13**<br>Chapter: **13**<br>DC No.: **FW:03**<br><br>Date: **July 20, 2010**<br>Time: **10:00 a.m.**<br>Place: **1200 I Street**<br>　　　　**Second Floor**<br>　　　　**Modesto, CA** |

**DECLARATION IN SUPPORT OF MOTION TO SELL PERSONAL PROPERTY**

We, Johnny & Maryam Varda, declare:

1. We are the debtors in the above-referenced case. we state the following facts on our own personal knowledge and know them to be true, except those facts stated on information and belief, which facts we are informed and believe to be true.

2. We are requesting permission from the Court to sell our T190 Bobcat.

3. We are asking $25,000.00 for the property and believe that this is a true and accurate fair market value for the subject property in this area.

4. We have compared the price to similar vehicles in the area.

5. The sale price is all cash.

6. Ronald L. Allred, PE of Allred Engineering is interested in purchasing the Bobcat and willing to wait for the Court's permission.

7. We owe nothing for the Bobcat and hold its title.

8. We are asking that we be able to retain the sale proceeds to put down $12,500.00 cash for the bond we need to operate our business. The additional funds will be used to keep our Trustee payments current until we get the business back up to full pace.

9. We do not need the Bobcat to operate our business.

10. After close of the transaction, possession of the property will be turned over to the buyer and not before.

11. The sale is an arm's length transaction.

We declare under penalty of perjury that the foregoing is true and correct and if called as a witness we would testify competently thereto.

Executed on June 7, 2010 at Modesto, California.

/s/ JOHNNY VARDA
Johnny Varda

/s/ MARYAM VARDA
Maryam Varda