UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Johnny Varda and Maryam Varda | **Case No :** | 09-92601 - D - 13G |
| | | **Date :** | 7/20/10 |
| | | **Time :** | 10:00 |
| **Matter :** | [65] - Motion/Application to Sell [FW-3] Filed by Debtor Johnny Varda, Joint Debtor Maryam Varda (svim) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Sharon Baker | | |
| **Reporter :** | Laura Fowler | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney - Ann Marie Friend
**Respondent(s) :**
    Trustee - Russell D. Greer

HEARING CONTINUED TO: 9/7/10 at 10:00 AM

The hearing was continued for the following reason(s):
Any supplemental evidence shall be filed and served by August 30, 2010.